SWITZER, Respondent, v. VAN SCHAICK, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by Joseph G. Switzer against Eugene Van Schaick. W. B. Brice, for appellant. H. Siegrist, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SYRACUSE & O. L. ELECTRIC RY. CO., Appellant, v. VILLAGE OF PHŒNIX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by the Syracuse & Oneida Lake Electric Railway Company against the village of Phœnix and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re TALBOTT. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) In the matter of the proceedings for the disbarment of Frank W. Talbott, an attorney and counselor. No opinion. Order entered referring the matters presented to D. P. Morehouse, Esq., an attorney and counselor, as referee, to hear and report the evidence, together with his opinion thereon, to this court at the opening of the term convening May 5th next.

THOMPSON, Respondent, v. RICHARDSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by Pontus I. Thompson against Emma A. Richardson and others. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal papers are served on or before the 25th day of March, 1903, in which event the motion is denied, and the case ordered to be placed upon the April calendar.

THOMPSON, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Louise A. Thompson against the Schenectady Railway Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents.

In re THOMSON. (Supreme Court, Appellate Division, Third Department. March 27, 1903.) In the matter of the application of Lewis Thomson to lay out a highway in the town of Warrensburgh, and the assessment of damages therefor. No opinion. Decision on motion reserved until the hearing of the appeal by the contestants from the order of March 9, 1903, dismissing the motion to vacate and set aside the decision of the commissioners.

In re TIGHE. (Supreme Court, Appellate Division, Second Department. May 1, 1903.)

In the matter of James G. Tighe, a city magistrate of the city of New York. No opinion. Reference ordered to Hon. George G. Reynolds, as referee, to take proof as to the issues raised in this proceeding by the petition and answering papers, and to report such evidence to this court, together with his opinion.

TOULMIN, Respondent, v. LA DOW, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Henry Aubrey Toulmin against Charles La Dow. No opinion. Judgment affirmed, with costs.

In re TOWNSEND AVE. (Supreme Court, Appellate Division, First Department. April 9, 1903.) In the matter of Townsend avenue. No opinion. Motion for leave to go to the Court of Appeals granted.

In re TRINITY AVE. (Supreme Court, Appellate Division, First Department. April 24, 1903.) In the matter of Trinity avenue. No opinion. Motion denied.

TYLER, Respondent, v. CASE, Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by Frank H. Tyler against David K. Case. No opinion. Judgment of the Municipal Court affirmed on consent, with costs.

UHLE, Respondent, v. EATON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 24, 1903.) Action by Jerome Uhle against Arnold L. Eaton.

PER CURIAM. Order modified by striking out the part appealed from and substituting in lieu thereof the following: "But such cancellation of record is not to impair any rights or liens which the trustee in bankruptcy, or any judgment creditor, of the said Arnold L. Eaton, may have acquired." See opinion of SPRING, J., in Pickert v. Same Defendant, 81 N. Y. Supp. 50.

UNION TRUST CO. v. OWEN et al. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by the Union Trust Company against John Owen and others. No opinion. Motion denied.

UNIVERSAL TRUST CO., Respondent, v. LENT et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by the Universal Trust Company against Smith Lent and another. No opinion. Judgment affirmed, with costs.